UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES WATSON,

    Petitioner,                           Civil No. 2:12-CV-12678
                                              HONORABLE DENISE PAGE HOOD
v.                                         UNITED STATES DISTRICT JUDGE

UNITED STATES OF AMERICA,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Denise Page Hood, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on September 25, 2012.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED.

Dated at Detroit, Michigan, this 25th, day of September, 2012

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT
APPROVED:
                                                  BY:  s/LaShawn Saulsberry
                                                           DEPUTY CLERK

s/Denise Page Hood_____
HON. DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was served upon counsel of record on September 25, 2012, by electronic and/or ordinary mail.

                                                              s/LaShawn R. Saulsberry_____
                                                              Case Manager